IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IMANUEL BASSIL ALI,       )<br>         Plaintiff,       )<br>                            )<br>    vs.                    )<br>                            )<br> JOHN MCANANY, et al.,     )<br>         Defendants.       ) | Civil Action No. 06-96 |

ORDER

AND NOW, this 7th day of June, 2006, after the plaintiff, Imanuel Bassil Ali, filed an action in the above-captioned case, and after a partial motion to dismiss was submitted by defendants McAnany, Haywood, Hall, Helverding, D'Eletto and Folino, and after a motion to dismiss was filed by defendant Hoffman, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and upon consideration of the objections filed by plaintiff and the response to those objections filed by defendant Hoffman, and upon independent review of the motions and the record, and upon consideration of the Magistrate Judge's Report and Recommendation (Docket No. 25), which is adopted as the opinion of this Court,

IT IS ORDERED that the motion to dismiss filed by defendant Hoffman (Docket No. 19) is granted for failure to state a claim upon which relief may granted.

IT IS FURTHER ORDERED that the partial motion to dismiss filed by motion to dismiss filed by defendants McAnany, Haywood, Hall, Helverding, D'Eletto and Folino (Docket No. 16) is granted for failure to state a claim upon which relief may granted and that all of plaintiff's claims except his First Amendment claim relating to the use of his Muslim name are dismissed.

*[signature]*
Donetta W. Ambrose
United States Chief District Judge

cc:  Imanuel Bassil Ali
     BS-0997
     S.C.I. Greene
     175 Progress Drive
     Waynesburg, PA 15370