IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IMANUEL BASSIL ALI, )
    Plaintiff, )
)
vs. ) Civil Action No. 06-96
)
JOHN MCANANY, et al., )
    Defendants. )

## ORDER

AND NOW, this 8th day of September, 2008, after the plaintiff, Imanuel Bassil Ali, filed an action in the above-captioned case, and after a motion for summary judgment was submitted by defendant Helverding, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties thirteen days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation (Docket No. 47), which is adopted as the opinion of this Court,

IT IS ORDERED that the motion for summary judgment filed by defendant Helverding (Docket No. 41) is denied.

Donetta W. Ambrose
United States Chief District Judge

cc: Imanuel Bassil Ali
BS-0997
S.C.I. Greene
175 Progress Drive
Waynesburg, PA 15370